EOD
02/01/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Arthur Samuel Alexander Hood** | § | **Case No. 17-41266** |
| | § | |
| | § | |
| **Debtor(s)** | § | |
| | § | **Chapter 11** |
| **Corey Cheek, et al** | § | |
| | § | |
| **Plaintiff(s)** | § | |
| | § | |
| **v.** | § | **Adversary No. 17-04087** |
| | § | |
| **Arthur Samuel Alexander Hood** | § | |
| | § | |
| **Defendant(s)** | § | |

ORDER DISMISSING ADVERSARY PROCEEDING
WITHOUT PREJUDICE FOLLOWING
DISMISSAL OF UNDERLYING BANKRUPTCY CASE

On January 12, 2018, the Court issued a "Notice of Intent to Dismiss Adversary Proceeding Without Prejudice Following Dismissal of Underlying Bankruptcy Case" in which the Court directed that, in the absence of the presentation of sufficient grounds for continuation of the above-referenced adversary proceeding within fourteen (14) calendar days of the entry of such order, the above-referenced adversary proceeding would be dismissed without prejudice. The Court finds that no response was filed to the Notice. Accordingly, the Court finds that just cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the above-referenced adversary proceeding is hereby DISMISSED without prejudice.

Signed on 2/1/2018

Brenda T. Rhoades SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE